UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SUNIL BHASIN,

                 Plaintiff,

       v.

CITY OF SAN BERNARDINO, et al.,

                Defendants.

Case No. 5:23-cv-01727-SRM-DTB

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [89]**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Dkt. 8, the record in this case, and the Report and Recommendation of the United States Magistrate Judge, Dkt. 89. Plaintiff Sunil Bhasin filed objections to the Report and Recommendation. Dkt. 94. This Court has conducted a de novo review of the portions of the Report and Recommendation to which Plaintiff objects. Those objections are **OVERRULED**.

//
//
//

-1-

This Court agrees and accepts Magistrate Judge David T. Bristow's findings, conclusions, and recommendations. Accordingly, this action is **DISMISSED WITH PREJUDICE** for Plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b).

Judgment will be entered separately.

**IT IS SO ORDERED.**

Dated: June 11, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE