JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SUNIL BHASIN,

                    Plaintiff,

      v.

CITY OF SAN BERNARDINO, et al.,

                    Defendants.

Case No. 5:23-cv-01727-SRM-DTB

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, this action is **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED.**

Dated: June 11, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-